**COLLECTOR OF REVENUE, Respondent,**

v.

**Julia MITTELSTADT, Appellant.**

#### ED 104966

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed: September 26, 2017

Jonathan Beck, 3500 Magnolia Avenue, St. Louis, MO 63118, for appellant.

David H. Luce, Chantal S. Fink, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, for respondent.

Before: Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., and James M. Dowd, J.

#### ORDER

PER CURIAM.

Julia Mittelstadt (Mittelstadt) appeals the trial court's denial of her motion to tax or retax court costs. We have reviewed the briefs of the parties and the record on appeal, and we conclude the trial court's denial of her motion was supported by substantial evidence and not against the weight of the evidence. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2017).